UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-154      **U.S. v. PIPPINS**

**Motion for:** Permission to file an oversized brief.

Set forth below precise, complete statement of relief sought:

The government requests permission to file an oversized brief not to exceed 25,000 words.

**MOVING PARTY:** UNITED STATES OF AMERICA (APPELLEE)    **OPPOSING PARTY:** MARVIN PIPPINS (APPELLANT)

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☒ Appellee/Respondent

**MOVING ATTORNEY:** Anthony Bagnuola, AUSA    **OPPOSING ATTORNEY:** Richard W. Levitt, Esq., Zachary Segal, Esq.
[name of attorney, with firm, address, phone number and e-mail]

U.S. Attorney's Office      Levitt & Kaizer
271-A Cadman Plaza East Brooklyn, N.Y. 11201      40 Fulton Street, 17th Floor, New York, New York 10038
(631) 715-7849; Anthony.Bagnuola@usdoj.gov      Email: rlevitt@landklaw.com; Tel: 212-480-4000

**Court- Judge/ Agency appealed from:** The Honorable Pamela K. Chen, U.S.D.J., E.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes    ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☒ No   ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No   If yes, enter date:

**Signature of Moving Attorney:**
/s/ Anthony Bagnuola    **Date:** 8/28/2025    **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------x

USA v. PIPPINS

<u>DECLARATION</u>

Docket No.     25-154

-----------------------------------------------------x

Anthony Bagnuola hereby declares the following under 28 U.S.C. § 1746:

1.     I am an Assistant U.S. Attorney in the Eastern District of New York.  I submit this declaration in support of the government's motion on consent to file an oversized brief not to exceed 25,000 words.

2.     Defendant-Appellant Marvin Pippins appeals a judgment following his conviction for racketeering-related conduct arising from his participation in the criminal affairs of the 5-9 Brims street gang.  Following a jury trial, Pippins was convicted of: racketeering conspiracy, in violation of 18 U.S.C. § 1962(d) (Count One); conspiracy to murder in-aid-of racketeering, in violation of 18 U.S.C. § 1959(a)(5) (Count Two); murder in-aid-of racketeering, in violation of 18 U.S.C. § 1959(a)(1) (Count Three); firearm-related murder, in violation of 18 U.S.C. § 924(j) (Count Four); conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C) and 841(b)(1)(D) (Count Six); and use of a firearm during a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count Seven).  Pippins was sentenced principally to life imprisonment.

3.     On May 20, 2025, the Court granted Pippins's motion to file an oversized brief not to exceed 25,000 words.  (Dkt. No. 24).  On June 12, 2025, Pippins filed a 24,796-word brief that raises six arguments, principally challenging the sufficiency the evidence comprising an approximately 2,200-page trial record.  (Dkt. No. 25; *see* Dkt. No. 24 at ¶ 2).  In addition, Pippins

raises claims of instructional error, an evidentiary challenge, an alleged discovery violation, and an argument that the district court improperly interfered with Pippins's attorney's summation. (*See* Dkt. No. 25).

    4.    In the government's brief, which is due to be filed on September 11, 2025, it expects to explain the facts of the case, including a discussion of the evidence adduced during Pippins's trial, as well as the pertinent background surrounding the relevant instructional and evidentiary issues. In that regard, a full discussion of the evidence is necessary since the Court must evaluate whether, if there were evidentiary errors, those errors were harmless. The government believes it needs the requested additional words—an enlargement equal to that granted to Pippins—to provide a thorough description of the trial record and appropriate responses to each of Pippins's appellate arguments.

    5.    The government has conferred with Richard W. Levitt, Esq., counsel for Pippins, who does not oppose the government's motion.

    6.    For the reasons stated, the government's motion to file an oversized brief not to exceed 25,000 words should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

/s/
Anthony Bagnuola
Assistant U.S. Attorney

Executed on August 28, 2025
Brooklyn, New York